UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.: 16-34319
Theresa and Thomas Gamino  )
  )
  )  Chapter: 13
  )
  )  Honorable Pamela S. Hollis
  )
  )
Debtor(s)  )

## ORDER VALUING CLAIM OF HOUSEHOLD FINANCE CORP. III

On November 1, 2016, the debtor(s) filed a motion to value the claim of Household Finance Corp. III (the "creditor") secured by a lien against the property commonly known as as 7900 W 172nd Street, Tinley Park, Illinois 60477 (address) with real estate tax pin number 27-25-316-005-0000 (the "property"). The creditor has not responded to the motion.

IT IS HEREBY ORDERED that the relief requested in the motion in favor of the debtor(s) and against the creditor is granted as follows:

1. For purposes of the Chapter 13 plan only, any claims asserted by the creditor stemming from its Mortgage Lien (identified by the last four digits of the account number as (ss# xxx-xx-8825)) against the property are entirely unsecured pursuant to 11 U.S.C. § 506(a) given the value of the property and the amount of senior liens.

2. Any timely filed proof of claim of the creditor for the Mortgage Lien will be treated as an unsecured claim in the Chapter 13 plan.

3. Upon completion of the Chapter 13 plan

☑ and entry of a discharge

the creditor's Mortgage Lien will be deemed satisfied pursuant 11 U.S.C. §§ 1322(b)(2), 1327 and 1328(a).

Enter:

Dated: DEC - 7 2016

United States Bankruptcy Judge

**Prepared by:**
Enter Prepared By information here.

This box will expand vertically to fit entered text.
Tab out of box to see expansion.

Rev: 20151125_bko