UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Theresa and Thomas Gamino | ) | BK No.: 16-34319 |
| | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Pamela S. Hollis |
| Debtor(s) | ) | Adv. No.: |
| Plaintiff(s) | ) | |
| Defendant(s) | ) | |

**ORDER DETERMINING VALUE OF SECURED CLAIM OF THE DEPARTMENT OF TREASURY - INTERNAL REVENUE SERVICE**

THIS CAUSE COMING before this Court upon Debtors' Motion to Determine Value of the Secured Claim of the Department of Treasury, Internal Revenue Service ("IRS"), all parties having been given notice thereof, and the Court being duly advised, IT IS HEREBY ORDERED BY THE COURT:

1. Pursuant to 11 U.S.C. 506(a), the IRS having filed a pre-petition Federal Tax Lien against the Debtor, the value of the IRS' interest in the bankruptcy estate's interest in Debtor's collateral is $3,875.00.

2. That the secured claim of the IRS is therefore valued at $3,875.00.

3. To the extent the allowed claim of the IRS exceeds $3,875.00, the claim shall be treated as a general unsecured claim.

4. The Court's valuation supersedes any amount asserted as secured in any proof of claim filed by the IRS.

Enter:

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated:  December 07, 2016

**Prepared by:**

Douglas Rivera
O'Keefe, Rivera & Berk, LLC
900 N Franklin Street, Suite 505
Chicago, IL 60610
Phone: (312) 758-1121
Fax: (312) 212-5963