UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ADMINISTRATIVE ORDER
No. 16-08

Reassignment of Cases

IT IS ORDERED that all currently pending Joliet cases on the calendar of Judge Bruce W. Black are reassigned to Judge Pamela S. Hollis.

IT IS FURTHER ORDERED that all Cook County Chapter 13 cases on the calendar of Judge Pamela S. Hollis are reassigned to Judge LaShonda A. Hunt, and all Cook County Chapter 7 cases on the calendar of Judge Bruce W. Black are also assigned to Judge LaShonda A. Hunt.

IT IS THEREFORE ORDERED that the clerk is authorized to modify the court's electronic case management records to conform with the provisions of this order; and

IT IS HEREBY ORDERED that this order shall be effective with the close of business on January 5, 2017.

ENTERED:

_____
Bruce W. Black
Chief Bankruptcy Judge

Dated: December 19, 2016